580 A.2d 220

Adele WILZACK, et al.

v.

MARYLAND DISABILITY LAW CENTER, INC.

No. 85, Sept. Term, 1990.

Court of Appeals of Maryland.

Oct. 10, 1990.

J. Joseph Curran, Jr., Atty. Gen., Ralph S. Tyler, Daniel J. O'Brien, Dawna M. Cobb, Asst. Attys. Gen., Baltimore, for petitioners.

Steven Ney and Mindy Morrison, Baltimore, Bruce C. Swartz, Michael S. Kane, Shea & Gardner, Washington, D.C., for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE and CHASANOW, JJ.

ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 10th day of October, 1990

ORDERED, by the Court of Appeals of Maryland, that the appeal in this case be, and it is hereby, dismissed. *See State v. Jett,* 316 Md. 248, 558 A.2d 385 (1989). Costs to be paid by Petitioners.